NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
29719
10-AUG-2011
08:49 AM

NO. 29719

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

RAYMOND KIM, Claimant/Appellant-Appellant,
v.
INTERNATIONAL BUSINESS MACHINES,
Employer/Appellee-Appellee,
and
LIBERTY MUTUAL INSURANCE COMPANY,
Insurance Carrier/Appellee-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2006-372 (2-04-13128))

ORDER DENYING APPELLANT'S MOTION FOR
RECONSIDERATION OF SUMMARY DISPOSITION ORDER
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Upon consideration of Claimant/Appellant-Appellant Raymond Kim's August 8, 2011, Motion for Reconsideration of the Intermediate Court of Appeals' Summary Disposition Order filed on July 28, 2011 and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaii, August 10, 2011.

Chief Judge

Associate Judge

Associate Judge